# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **RYAN GRAVES,** § | |
| Petitioner, § | |
| § | |
| v. § | Cause No. EP-23-CV-462-FM |
| § | |
| **WARDEN, FCI La Tuna Camp,** § | |
| Respondent. § | |

## FINAL JUDGMENT

In accordance with the Dismissal Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Ryan Graves' petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** without prejudice to his ability to file a new § 2241 petition after he exhausts his administrative remedies.

**IT IS FURTHER ORDERED** that Ryan Graves' civil case is **CLOSED**.

**SIGNED** this 16th day of January 2024.

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**